Paula D. ILCKEN, Claimant–Respondent,

v.

The DOE RUN COMPANY, Employer–Appellant.

No. 66602.

Missouri Court of Appeals, Eastern District, Division Three.

May 2, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied July 25, 1995.

Robin E. Fulton, Fredericktown, for appellant.

Harry J. Nichols, Robert H. Sihnhold, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Employer appeals a final award of the Labor and Industrial Relations Commission affirming the decision of the Administrative Law Judge declaring Employee permanently and totally disabled. We affirm.

We find no error of law appears, and an opinion would have no precedential value.

Rule 84.16(b)(5). A memorandum setting forth the reasons for our decisions has been issued to the parties for their use only.